JS-6

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

SHAWN TULCEY

    Plaintiff,

v.

ALEJANDRO BONILLA, etc., et al.,

    Defendants.

_____/

Case No.: 2:13-cv-03773-BRO-FFM

**JUDGMENT**

    This action came on regularly for trial on March 17, 2015 in the United States District Court, Central District of California, before the Honorable Beverly Reid O'Connell, District Judge Presiding; the Plaintiff Shawn Tulcey appeared by his counsel Michael H. Artan; the Defendants Alejandro Bonilla and Carlos Sutton appeared by their counsel Thomas Hurrell and Warren Williams of the firm Hurrell Cantrall LLP.

    The jury was regularly impaneled and sworn on March 17, 2015; after hearing the evidence, the jury was instructed by the Court and counsel presented

JUDGMENT - 1

arguments; the matter was submitted to the jury with directions as to returning a verdict. The jury deliberated and, on March 23, 2015, returned to the Court with a verdict consisting of the issues submitted to the jury and the answers given by the jury.

Now therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff Shawn Tulcey shall have and recover $1,800,000.00 jointly and severally from Defendants Alejandro Bonilla and Carlos Sutton, for non-economic compensatory damages for physical injury and for emotional distress due to physical injury.

Further, Plaintiff shall recover attorney fees and costs in accordance with Rule 54 of the Federal Rules of Civil Procedure, Local Rule 54 and 42 U.S.C. § 1988, in the amount of $100,000.00; these attorney fees and costs shall be the joint and several liability of Defendants Alejandro Bonilla and Carlos Sutton beyond those damages previously stated.

**IT IS SO ORDERED.**

Dated:  April 21, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge